| Attorney or Party without Attorney:<br>Elizabeth J. Arleo, Esq., Bar #201730<br>Arleo Law Firm, PLC<br>16870 West Bernardo Drive<br>Suite 400<br>San Diego, CA 92127<br>Telephone No: 858-674-6912    FAX No: 760-789-8081 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of California

Plaintiff: James Linlor, et al.
Defendant: Manasseh Jordan Ministries, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>15CV0032CABBGS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Case Cover Sheet; Complaint

3. a. Party served:     Manasseh Jordan Ministries aka Yakkim Manasseh Jordan aka Prophet Manasseh Jordan
   b. Person served:    Party in item 3a

4. Address where the party was served:    708 3rd Avenue, 6th Floor
                                          New York, NY 10011

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 13, 2015 at: 1:34PM by leaving the copies with or in the presence of:
   Stephen Doe, Caucasian, Male, 25+35 Years Old, Short Black Hair, 5 Feet 7 Inches, 135-150 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Fri., Jan. 16, 2015 from: New York, NY

7. Person Who Served Papers:
   a. Bobby Ali
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   01-20-15
   (Date)

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 20TH day of January, 2015 by Bobby Ali
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   NOTARY PUBLIC, STATE OF NEW YORK
   **MICHAEL J. KEATING**
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission expires February 3, 2018

   AFFIDAVIT OF SERVICE
   Summons/Complaint

   (Notary Signature)    ar02.146792