1  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO (CASB No. 201730)
2  16870 West Bernardo Drive, Suite 400
   San Diego, CA 92127
3  Telephone: 858/674-6912
   760/789-8081
4  Email: Elizabeth@ArleoLaw.com

5
   Attorneys for Plaintiff James Linlor
6

7

8

9                    **UNITED STATES DISTRICT COURT**
10
                     **SOUTHERN DISTRICT OF CALIFORNIA**
11

12  JAMES LINLOR, an individual           ) Case No.: 15CV0032 CAB BGS
                                          )
13                                        ) **PLAINTIFF'S NOTICE OF**
                                          ) **CONDITIONAL SETTLEMENT**
14        Plaintiff,                      )
                                          )
15     vs.                                )
                                          )
16  MANASSEH JORDAN MINISTRIES a/k/a      )
    YAKKIM MANASSEH JORDAN a/k/a/         )
17  PROPHET MANASSEH JORDAN               )
                                          )
18        Defendant.                      )
                                          )
19  _____)

20

21       WHERAS, on January 7, 2015, plaintiff James Linlor ("Plaintiff"), filed his Complaint

22  alleging defendant Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan, a/k/a/ Prophet

23  Manasseh Jordan ("Defendant") violated the Telephone Consumer Protection Act, 47 U.S.C. §227 *et*

24  *seq.* by making unauthorized calls to Plaintiff's cellular telephone (ECF No. 1);

25       WHEREAS, on January 13, 2015, Defendant was served with the Summons, Complaint, and

26  Civil Cover Sheet filed in this matter (ECF No. 3); and

27

28

WHEREAS, on January 15, 2015, Plaintiff and Defendant entered into a conditional and confidential settlement agreement the terms of which are expected to be fulfilled by April 10, 2015, at which time Plaintiff anticipates filing a Request for Dismissal With Prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) if the terms of the settlement agreement are fully satisfied.

DATED:  January 20, 2015			ARLEO LAW FIRM, PLC


					s/ Elizabeth J. Arleo
					Attorney for Plaintiff James Linlor
					E-mail: elizabeth@arleolaw.com

					16870 West Bernardo Drive, Suite 400
					San Diego, CA 92127
					Telephone: 858/674-6912
					760/789-8081

**PROOF OF SERVICE**

Attorney for Plaintiff certifies that a true and accurate copy of PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT has been served this day via U.S. Mail to the attorney representing defendant Manasseh Jordan Ministries a/k/a Yakkim Manasseh Jordan a/k/a/ Prophet Manasseh Jordan:

> Robert A. Seibel
> Law Offices of Robert A. Seibel, P.A.
> 3019 Exeter B
> Boca Raton, FL 33434

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2015.

          */s/ Elizabeth J. Arleo*
          Elizabeth J. Arleo