ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081
Email: Elizabeth@ArleoLaw.com

Attorneys for Plaintiff James Linlor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINLOR, an individual<br><br>  Plaintiff,<br><br>vs.<br><br>MANASSEH JORDAN MINISTRIES a/k/a YAKKIM MANASSEH JORDAN a/k/a/ PROPHET MANASSEH JORDAN<br><br>  Defendant. | Case No.: 15CV0032 CAB BGS<br><br>**PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER STAYING THE ACTION** |

  WHERAS, on January 7, 2015, plaintiff James Linlor ("Plaintiff"), filed his Complaint alleging defendant Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan, a/k/a/ Prophet Manasseh Jordan ("Defendant") violated the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* by making unauthorized calls to Plaintiff's cellular telephone (ECF No. 1);

  WHEREAS, on January 13, 2015, Defendant was served with the Summons, Complaint, and Civil Cover Sheet filed in this matter (ECF No. 3);

1. WHEREAS, on January 15, 2015, Plaintiff and Defendant entered into a conditional and confidential settlement agreement the terms of which are expected to be fulfilled by April 10, 2015, at which time Plaintiff anticipates filing a Request for Dismissal With Prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) if the terms of the settlement agreement are fully satisfied;

2. WHEREAS, on January 20, 2015, Plaintiff filed his Notice of Conditional Settlement (ECF No. 4); and

3. WHEREAS, on January 20, 2015, Robert A. Seibel, counsel representing Defendant consented to the filing of Plaintiff's Notice of Confidential Settlement and Plaintiff's *Ex Parte* Motion for an Order Staying the Action. *See* Declaration of Elizabeth J. Arleo in Support of Plaintiff's *Ex Parte* Motion for an Order Staying the Action, ¶2.

Plaintiff now moves that this action be temporarily stayed until April 10, 2015. *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979) (district courts enjoy broad discretion in deciding motions to stay). An *ex parte* motion is a request for extraordinary relief. Generally, such relief is proper: (1) "where there is a temporal urgency such that immediate and irreparable harm will occur if there is any delay in obtaining relief" or (2) "where it is likely that, if given notice, someone would act improperly to frustrate the party's ability ever to obtain the relief sought." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995). Here, as Defendant's response to the complaint is currently due on February 3, 2015, there is a temporal urgency that warrants *ex parte* relief.

DATED: January 20, 2015                                ARLEO LAW FIRM, PLC


s/ Elizabeth J. Arleo
Attorney for Plaintiff James Linlor
E-mail: elizabeth@arleolaw.com

16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081

PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER STAYING THE ACTION
Page 2      Case No. 15CV0032 CAB BGS