16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081
Email: Elizabeth@ArleoLaw.com

Attorneys for Plaintiff James Linlor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINLOR, an individual | Case No.: 15CV0032 CAB BGS |
| Plaintiff, | **DECLARATION OF ELIZABETH J. ARLEO IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER STAYING THE ACTION** |
| vs. | |
| MANASSEH JORDAN MINISTRIES a/k/a YAKKIM MANASSEH JORDAN a/k/a/ PROPHET MANASSEH JORDAN | |
| Defendant. | |

1  I, ELIZABETH J. ARLEO, declare as follows:

2  1. I am an attorney at law duly licensed to practice in the State of California and this Court. I am the attorney of record for the Plaintiff, James Linlor. This declaration is submitted in support of Plaintiff's *Ex Parte* Motion for an Order Staying the Action.

3  2. On January 20, 2015, Robert A. Seibel, counsel representing defendant Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan, a/k/a/ Prophet Manasseh Jordan, consented to the filing of Plaintiff's Notice of Confidential Settlement and Plaintiff's *Ex Parte* Motion for an Order Staying the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 20th day of January, 2015 at San Diego, California.

          s/Elizabeth J. Arleo
          ELIZABETH J. ARLEO