ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081
Email: Elizabeth@ArleoLaw.com

Attorneys for Plaintiff James Linlor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINLOR, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MANASSEH JORDAN MINISTRIES a/k/a YAKKIM MANASSEH JORDAN a/k/a/ PROPHET MANASSEH JORDAN<br><br>　　　　　Defendant. | Case No.: 15CV0032 CAB BGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

　　　Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff James Linlor hereby voluntarily dismisses with prejudice all claims against defendant Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan, a/k/a/ Prophet Manasseh Jordan asserted in the Complaint filed in this matter on January 7, 2015 (ECF No. 1).

DATED:  March 3, 2015　　　　　　　　　　ARLEO LAW FIRM, PLC


　　　　　　　　　　　　　　　　　　　　　*s/ Elizabeth J. Arleo*
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff James Linlor
　　　　　　　　　　　　　　　　　　　　　E-mail: elizabeth@arleolaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
Page 2     Case No. 15CV0032 CAB BGS

## PROOF OF SERVICE

Attorney for Plaintiff certifies that a true and accurate copy of **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** has been served this day via U.S. Mail to the attorney representing defendant Manasseh Jordan Ministries a/k/a Yakkim Manasseh Jordan a/k/a/ Prophet Manasseh Jordan:

> Robert A. Seibel
> Law Offices of Robert A. Seibel, P.A.
> 3019 Exeter B
> Boca Raton, FL 33434

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 3, 2015.

*/s/ Elizabeth J. Arleo*
Elizabeth J. Arleo
